Monday, 18 May, 2015

29,284-01

Mr. Abel Acosta
Clerk of the Court
Texas Court of Criminal Appeals
Capitol Station~P.O. Box 12308
Austin TX 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 27 2015

Abel Acosta, Clerk

RE: Your enclosed letter returning mine.

Dear Mr. Acosta:

Did you read the enclosed letter, or just sign it? I'm not asking for "advice," nor is this an forbidden ex parte communication regarding an impending or pending case. See Schuwerk + Hardwick, 48B Texas Practice: Handbook of Texas Lawyer and Judicial Ethics, Ch. 40:38 (Thomson 2014).

I am simply commenting on a decision, and its practical, real-world effects. Ones the Judges most likely never confront in cloistered chambers. If a law professor had

penned the same letter, Presiding Judge Keller would've gotten it. See Job 6:29-30, 13:17-19, 24:25; Isaiah 59:14; Habakkuk 1:4; cf. Psalm 19:3 (KJV).

The Judges need to know that In re Bonilla is utterly toothless unless Texas Government Code Ch. 552.028 is repealed or declared unconstitutional under the Texas Constitution (Art. 1: Secs. 8 & 13)!

Thank You, Mr. Acosta, for your time and consideration. I do not want my correspondence returned (just throw it away).

All the best,

Jeff

Jeffrey D. Wasterroch

cc: file
enclosures



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

May 12, 2015

Jeffery Westbrook  #670281
Robertson Unit
12071 FM 3522
Abilene, TX 79601

RE: Your enclosed correspondence

Dear Mr. Westbrook:

The Court has received your recent correspondence and we are returning it for your convenience.

Neither the Judges nor the staff of the Court can give you legal advice or assistance of **any** kind. We recommend you contact State Counsel for Offenders at the Texas Department of Criminal Justice, Institutional Division at PO Box 4005 in Huntsville, TX 77342.

If you have any further questions or concerns, please direct them to the **District Clerk** in the county where you were convicted.

Sincerely,

Abel Acosta, Clerk

AA/kd
Enclosure

Monday, 4 May 2015



RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 11 2015
Abel Acosta, Clerk

The Honorable Sharon Keller,
Presiding Judge
Texas Court of Criminal Appeals
Capitol Station – P.O. Box 12308
Austin, TX 78711-2308

RE: Commentary on <u>In re Bonilla</u>, 424 S.W.3d 528 (Tex.Crim.App. 2014).

Dear Presiding Judge Keller:

I pray that this mercifully brief letter finds you in excellent health and spirits, and enjoying a splendid spring. I write to comment on the hollow victory in <u>In re Bonilla</u>, and am genuinely, and humbly grateful for your time and consideration.

District Clerks now supposedly have to tell us how much our copies will cost. But they do not have to actually let us purchase them! (see enclosed letter from Wichita County DA's Office.) And if a Sheriff's Office or others do let us

essential and crucial to prisoners' appeals. And I pray that those officials fate is found in <u>Psalms</u> 28:4, 52:2-5, 109:6-20; <u>Colossians</u> 3:25; <u>Galatians</u> 6:7; and <u>Matthew</u> 7:1-5 #12, & 25:31-46 (KJV). See also <u>Wisdom</u> 6:4-6 (Catholic Bible).

Thank You, Your Honor, For your time and consideration. My best wishes, ma'am, For heart health, happiness, prosperity, and a spectacular Year!

Most respectfully & humbly,

Jeffrey D. Westbrook
Robertson Gulag - 670281
12071 FM Road 3522
Abilene TX 79601-8799

enclosures (2)




# DISTRICT ATTORNEY'S OFFICE
# WICHITA COUNTY, TEXAS

Wichita County Courthouse 900 Seventh Street
Wichita Falls, Texas 76301-2482
Telephone: (940) 766-8113   Fax: (940) 766-8177

**MAUREEN SHELTON**
Wichita County
Criminal District Attorney

**MEREDITH KENNEDY\***
Assistant District Attorney
Civil Chief

**ANDREW WIPKE**
Assistant District Attorney

**DEBRA ROBERTS**
Legal Assistant

April 15, 2015

Jeffery Westbrook (TDCJ #00670281)
French Robertson Unit
12071 FM 3522
Abilene, TX  79601

Re:     Request for Public Information, ORR.00677

Dear Mr. Westbrook:

We received your request to the Wichita County Sheriff's Office on April 2, 2015.  Pursuant to §§ 552.028 of the Public Information Act, we are not required to respond to a request made by an individual imprisoned or confined in a correctional facility.

Enclosed is the $3.00 you included with your request.

If you have any questions regarding this letter, please do not hesitate to contact me.

Sincerely,

Meredith L. Kennedy
Assistant District Attorney

E17

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## CORRESPONDENCE / CONTRABAND DENIAL FORM

NAME Westbrook, Jeffrey                    TDCJ-CID# 670281

UNIT RB          DATE CORRESPONDENCE          DATE OFFENDER
                 RECEIVED 2/2/15             NOTIFIED 2/3/15

CORRESPONDENCE: ☐ TO OR ☑ FROM Office of Parnell McNamara Sheriff McLennan Cty,
901 Washington Ave.
Waco, TX 76701

The above correspondence has been denied to you in accordance with BP-03.91, Uniform Offender Correspondence Rules

CHECK APPROPRIATE CAUSE OR CAUSES FOR DENIAL AND STATE APPROPRIATE REASON

☐ Content     ☐ Contraband     ☑ Enclosure     ☐ Package / Publication     ☐ Sealed Correspondence

DENIED: Information of an other offender (NO Rule noted)

Some thing published in newspapers, you stupid ~~█████~~

RECEIVED: 🖊

Appealable

**APPEAL:**
Should the offender decide to appeal the rejection of said correspondence/contraband, he/she must notify the Unit Mailroom **WITHIN TWO (2) WEEKS** of offender notification requesting that this correspondence/contraband and the rejection form be forwarded to the Director's Review Committee (DRC). Should persons outside the institution desire to appeal, submit by mail to the Director's Review Committee, PO Box 99, Huntsville, TX 77342-0099. The appeal must reach the DRC **WITHIN TWO (2) WEEKS** of the notification date listed above.

Does offender wish to appeal the decision? ☑ Yes ☐ No ☐ Non-Appealable _____ 7/3/15
                                                            Offender Signature          Date

**DISPOSITION:** Offender must check the desired disposition at the time the denial is presented.

☐ Destroy

☑ Send to the following person at the offender's expense: Larr R Sinclair, P.O. Box 537,
                                                         Name and Address
                                                         Rush TX 75765

_____ RB/A                              O. Cadillo 2/3/15
Offender Signature & Date                           Mailroom Representative Signature & Date

**UNIT DISPOSITION:** _____
                              Date                           Employee's Signature

IF A DISPOSITION CHOICE IS NOT EXPRESSED AND EXECUTED OR LITIGATION HAS NOT BEGUN ON ITEMS BEING HELD FOR LITIGATION WITHIN SIXTY (60) DAYS OF THE INITIAL DENIAL OR FROM THE DRC DECISION DATE (IF APPEALED), THE ITEMS WILL BE DESTROYED.

**DISTRIBUTION:**
Original- Send to the DRC **IF THE OFFENDER WISHES TO APPEAL.** If not, keep on unit.
Gold   - Unit Copy
Yellow - Offender Copy
Pink   - Mail to sender/addressee of correspondence
I-153 (Rev. 3/12)